OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

01-07-1

02 1R
0002003152      JAN 06 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

UNITED STATES POSTAGE
PITNEY BOWES

**12/23/2014**
**MITCHELL, CRYSTAL YVONNE   Tr. Ct. No. 728779-A**            **WR-82,616-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO SHERIFFS DEPT.

CRYSTAL YVONNE MITCHELL